FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAR 12 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                Plaintiff, <br>     vs. <br> Temple, Eric <br>                Defendant. | Case No.: CR 08-483 ABC <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _CD CA_, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _backgrd, cmty ties unknown; bail resources unknown; assoc w/ multiple personal identifiers; conduct evidences a lack of amenability to supervision_

1
2
3       and/or
4  B.   (X) The defendant has not met his/her burden of establishing by clear and
5       convincing evidence that he/she is not likely to pose a danger to the safety of any
6       other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7       finding is based on _criminal history record, incl new_
8       _offenses committed while under supervision_
9
10
11
12
13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __3/12/10__         _____
17                             ROBERT N. BLOCK
                               UNITED STATES MAGISTRATE JUDGE